**United States District Court**
**District of Minnesota**
**Third Division**

Samuel S. Badio
A43 639 582,

Petitioner

Case No. 01-1963 (DSD/FLN)

**Writ of Habeas Corpus**

vs.

The United States of America and The Department of Justice, U.S. Immigration and Naturalization Service and Curtis Aljets, its District Director,

Respondent

---

To: The United States of America and its Department of Justice, Immigration and Naturalization Service, and Curtis Aljets, its District Director

You are hereby directed and ordered to appear and show cause, if any you may have, why this Court should not order the petitioner herein, Samuel S. Badio, released from your custody.

A hearing will be conducted hereon at 10:00 am, on Friday, the 9th day of November, in Courtroom # 14 W, in Minneapolis, Minnesota.

Dated: 10/26/01

Judge of District Court

FILED 10-26-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK