# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Samuel S. Badio,

Case No. Civil 01-1963 DSD/FLN

v.

**JUDGMENT IN A CIVIL CASE**

The United States of America
and the Department of Justice, et al

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Petitioner's petition for a writ of habeas corpus is denied.

DATE: November 21, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad

Julie Rustad, Deputy Clerk

10